Dec. 22ND, 2014

# Motion to Extend Time to File Petition For Discretionary Review    (P. 2 of 1)

## Texas Court of Criminal Appeals

RE: Appellate Case Number: 11-12-00317-CR,

Trial Court Case Number: A-39,256

Style: Rickey Lavelle Taylor v. State of Texas

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

JAN 05 2015

Abel Acosta, Clerk

To Whom it may Concern:

On 11-26-14 The 11TH Court of Appeals filed an opinion to "modify (the $3,000 fine imposed) and affirm" the judgement of the trial R.T. court on counts 1 & 2. I was given 30 days to file a Petition for Discretionary Review (PDR). I am now requesting that your office grant me at least a 60 Day extention to file the PDR.

Reasons for extention:

1) I was not notified/aware of courts decision & deadline to file PDR until 12 Days after the opinion was filed. This can be substantiated because the opinion was delivered to me via "Certified Mail" on the 8TH of December, which I had to sign & date a conformation receipt for, therefore the allotted 30 Days has been compromised by almost one half which hinders my right to Due process of appeal.

2) I have been deemed indigent throughout the entire process of this case, hence my assignment of court appointed counsel for trial court as well as during the appeal

PROCESS ! ASSIGNMENT OF SEPERATE COURT APPOINTED COUNSEL TO FILE THE DIRECT APPEAL (SUBMITTED ON JUNE 13, 2013), THEREFORE I AM NOT *~~~~~~~~~~~~~~~~~~~~~ FINANCIALLY PREPARED NOR ABLE TO OBTAIN PRIVATE COUNSEL TO FILE THE PDR ON MY BEHALF. ANY FINANCIAL AID/ASSISTANCE I MAY RECEIVE IN THIS RESPECT WILL TO TAKE AN AMOUNT OF TIME UNKNOWN IN LENGTH, BUT DEFINATELY longer THAN THE 18 CALENDAR DAYS I AM CURRENTLY BEING GIVEN.

3) I AM IN NO CAPACITY FAMILIAR WITH THE LEGAL PROCESS OF APPEALS, THE NUANCES THEREOF, OR THE LAWS THEMSELVES. I DO NOT UNDERSTAND THE LANGUAGE OF LAWS, MOTIONS, PROCEDURE, ETC., SO IT WOULD BE A DISSERVICE TO MY CASE/APPEAL FOR ME TO ATTEMPT TO FILE THE PDR MYSELF. THEREFORE I MUST OBTAIN ASSISTANCE, BE IT PRIVATE COUNSEL OR STATE COUNSEL. MY lack of MONETARY RESOURCES ! THE *~~~~~~~~~~~~ luxury OF UNOBSTRUCTED COMMUNICATION WITH OUTSIDE ENTITIES SUCH AS STATE COUNSEL FOR OFFENDERS OR PRACTICING PRO BONO ATTORNEYS limits MY ATTEMPTS AT PROGRESSION IN THIS RESPECT TO *~~~~~~~ less THAN TIMELY OPTIONS, I.E. USPS, 2ND CLASS MAIL, ! EVEN BOOK MAIL.

SUBMITTED, RESPECTFULLY,

Rickey L. Taylor *~~~~~~~~~
TDCJ # 1789782 - Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

[ * ERRORS CORRECTED
BY MYSELF ]